UNITED STATES BANKRUPTCY COURT
For the Northern District of Illinois
Eastern Division

In re:   HEIDI BROWN-POLK,            )         19-0227
                                      )         Judge LaShonda A. Hunt
         Debtor.                      )         Trustee Marilyn O. Marshall

### NOTICE OF MOTION AND HEARING

To:     Please see service list.

**PLEASE TAKE NOTICE** that on, April 29, 2019, at 9:30 a.m. Or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge LaShonda A. Hunt or any judge presiding and then and there present the attached Attorney's Application for Chapter 13 Compensation, a copy of which is hereby served upon you and at which time you may appear should you so see fit.

/s/_____
Jordan Hoffman

### CERTIFICATE OF SERVICE

I, Jordan Hoffman, an attorney, hereby certify that I caused a true and correct copy of the above-described Notice and Motion to be served upon the party to whom it is directed by serving the same at the addresses so indicated on the attached service list.

/s/_____
Jordan Hoffman
ARDC No. 6195896
**Jordan TraVaille Hoffman, P.C.**
2711 E. New York St., Suite 205
Aurora, IL 60502
(888) 958-4529

SERVICE LIST

By Electronic Mail to:

    1. Patrick S Layng
    USTPRegion11.ES.ECF@usdoj.gov

    2. Marilyn O Marshall
    courtdocs@chi13.com

    3. LVNV Funding, askbk@resurgent.com

    4. Calvary SPV I, LLC, bankruptcy@cavps.com

    5. T-Mobile/T-Mobile, inc. by American InfoSource as agent,
    POC_AIS@americaninforsource.com

    6. Neltnet, Inc., Samantha.KotlarzSaavedra@nelnet.net

    7. Capital One Bank (USA) by AmericanInfoSource as agent,
    POC_AIS@americaninforsource.com

    8. Capital One Bank (USA), pleadings2@blittandgaines.com

    9. Kenneth W. Bach on behalf of Deutsche Bank National Trust Co.asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2,
    kennethb@johnsonblumberg.com,bkecfnotices@johnsonblumberg.com

By United States Mail to:

    10.  National Auto Finance Co., P.O. Box 130424, Roseville, MN 55113-004

    11.  City of Chicago, c/o Arnold Scott Harris,111 W. Jackson Blvd. Chicago, IL 60604

    12. Comenity Bank/Victoria Secrets, Po Box 182789,Columbus, OH 43218

    13. Heidi Brown-Polk, 932 E. 46th St., Chicago, IL 60653