## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | LaShonda A. Hunt | **Hearing Date** | June 3, 2019 |
| **Bankruptcy Case** | 19 B 02277 | **Adversary No.** | |
| **Title of Case** | Heidi Brown-Polk | | |

**Brief Statement of Motion:** Objection to Claim(s) 7 of Deutsche Bank

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

THIS MATTER coming to be heard on the Debtor's OBJECTION TO CLAIM(S) 7 OF DEUTSCHE BANK; the Court being advised in the premises; with due notice having been given;

IT IS HEREBY ORDERED: this motion is WITHDRAWN.

_/s/ LaShonda A. Hunt_　mLu
U. S. Bankruptcy Judge LaShonda A. Hunt