Doc#: 0833856188 Fee: $28.50
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 12/04/2008 03:20 PM Pg: 1 of 3

Tax No.
Prepared By: Alicia Brooks
LOAN NUMBER:
WASHINGTON MUTUAL BANK, as successor-in-interest to LONG BEACH
MORTGAGE COMPANY by operation of law
Heidi D. Brown
932 E 46th ST
Chicago, IL 60653

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned, as Beneficiary, hereby grants, conveys, assigns and transfers to Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-WL2 c/o Washington Mutual Office 156, Mail Stop N070206, 19850 Plummer Avenue, Chatsworth, CA 91311, all beneficial interest under that certain MORTGAGE dated June 24, 2005, executed by Heidi D. Brown, an unmarried woman, Grantor to Long Beach Mortgage Company, Lender, and recorded August 11, 2005 in Document No. 0522327075, Mortgage Records in Cook County, IL, land described therein as:

LEGAL DESCRIPTION. (See attached exhibit A)

As set forth in said Mortgage and incorporated by reference herein.

TOGETHER with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrue to said MORTGAGE.

EFFECTIVE November 01, 2006

WASHINGTON MUTUAL BANK, as successor-in-interest to
LONG BEACH MORTGAGE COMPANY by operation of law

By Donna Hardy

Title Vice President

Date NOV 0 6 2006

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

Exhibit C

On this 6 day of November, 20 08, before me, the undersigned, a Notary Public, duly commissioned and sworn personally appeared before Donna Hardy, who acknowledges himself/herself to be Vice President of the above named corporation, and that he/she, as such officer, executed the foregoing instrument and acknowledged the said instrument to be the free and voluntary act and deed of said corporation for the uses and purposes therein mentioned and on oath stated that he/she is authorized to execute the said instrument.

WITNESS my hand and official seal hereto affixed the day and year first written.



CLARE ANNE GADD
COMM. #1591053
Notary Public - California
Los Angeles County
My Comm. Expires Jun. 24, 2009

Signature of Notary

JUN 2 4 2009
Commission Expiration Date

**RETURN TO:**
Heavner, Scott, Beyers & Mihlar
P.O. Box 740
Decatur, Illinois 62525-0740

Exhibit C