REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s)　Heidi Brown-Polk　　Case No.　19-02277　　Chapter　13

All Cases: Moving Creditor　Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2　　Date Case Filed　01/27/2019

Nature of Relief Sought:　■ Lift Stay　□ Annul Stay　□ Other (describe)

Chapter 13:　Date of Confirmation Hearing　　　　Or Date Plan Confirmed　06/17/2019

Chapter 7:　□ No-Asset Report Filed on

　　　　　　□ No-Asset Report not filed, Date of Creditors Meeting

1. Collateral
   a. ■ Home
   b. □ Car Year, Make, and Model
   c. □ Other (describe)

2. Balanced Owed as of October 18, 2019　$333,370.66, principal balance, $386,446.97 payoff balance
   Total of all other Liens against Collateral　$

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   Attached as Exhibit E

4. Estimated Value of Collateral (must be supplied in *all* cases)　$250,000.00 based on debtor schedule A/B

5. Default
   a. □ Pre-Petition Default
      Number of months　　　　Amount　$
   b. ■ Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months　9　Amount　$12,920.85
      ii. □ On payments to the Standing Chapter 13 Trustee
         Number of Months　　　　Amount　$ through

6. Other Allegations
   a. □ Lack of Adequate Protection § 362(d)(1)
      i. □ No insurance
      ii. □ Taxes unpaid　Amount　$
      iii. □ Rapidly depreciating asset
      iv. □ Other (describe)

   b. □ No Equity and not Necessary for an Effective reorganization § 362(d)(2)

   c. □ Other "Cause" § 362(d)(1)
      i. □ Bad Faith (describe)
      ii. □ Multiple Filings
      iii. □ Other (describe)

   d. Debtor's Statement of Intention regarding the Collateral
      i. □ Reaffirm　ii. □ Redeem　iii. □ Surrender　iv. ■ No Statement of Intention Filed

Date:　10/30/2019　　　　/s/ Josephine J. Miceli
　　　　　　　　　　　　　　Counsel for Movant