SPS SELECT Portfolio SERVICING, inc.

Loan Number: 4182
Preparation Date: 10/18/2019
Prepared By: SairamPemm

## MFR Post-Petition Payment History for Filing

| Loan Information | |
|---|---|
| Loan Number | 4182 |
| Debtors Name - 1 | BROWN, HEIDI D |
| Debtors Name - 2 | - |
| Property Address | 932 E 46TH STREET |
| Property State | IL |

| Bankruptcy Information | |
|---|---|
| Bankruptcy Case # | 19-02277 |
| Filing Date | 01/27/2019 |
| Person filing | HEIDI D BROWN |
| Number of previous filings | 2 |

| Post Petition Default Information | |
|---|---|
| Post petition due date | 02/01/2019 |
| Post petition amount due | $12,920.85 |
| Escrow Shortage | $0.00 |
| Suspense | $0.00 |
| Total Post petition due | $12,920.85 |

| Post Petition Payment History | | | | |
|---|---|---|---|---|
| Post Pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
| 03/21/2019 | Partial Payment | $0.00 | $1,132.00 | Partial Payment |
| 04/05/2019 | NSF | $0.00 | ($1,132.00) | Non Sufficient Funds |
| Due | 02/01/2019 | $1,435.65 | $0.00 | |
| Due | 03/01/2019 | $1,435.65 | $0.00 | |
| Due | 04/01/2019 | $1,435.65 | $0.00 | |
| Due | 05/01/2019 | $1,435.65 | $0.00 | |
| Due | 06/01/2019 | $1,435.65 | $0.00 | |
| Due | 07/01/2019 | $1,435.65 | $0.00 | |
| Due | 08/01/2019 | $1,435.65 | $0.00 | |
| Due | 09/01/2019 | $1,435.65 | $0.00 | |
| Due | 10/01/2019 | $1,435.65 | $0.00 | |
| Total Due | | $12,920.85 | | Total Pmts Due |
| Total Received | | | $0.00 | $12,920.85 |

Exhibit E