UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-02277 |
|---|---|---|
| Heidi Brown-Polk | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming to be heard on the Motion of Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2, through its attorneys, Johnson, Blumberg & Associates, LLC, for relief from the automatic stay, the Court being fully advised;

IT IS HEREBY ORDERED:

A. That the Automatic Stay of the above case is hereby modified to allow Deutsche Bank National Trust Company, as Trustee,in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL2, Asset-Backed Certificates, Series 2006-WL2 to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 932 E 46th Street, Chicago, Illinois 60653.

B. Any proof of claim filed by the creditor with respect to the debt secured by the above-described property is hereby withdrawn.

C. That the 14 day stay provision of Fed Bankr. Rule P. 4001(a)(3) is waived.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: November 18, 2019

**Prepared by:**

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711