# United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:  Heidi Brown-Polk | ) | Chapter 13 |
| | ) | Case No. 19 B 02277 |
| Debtor(s) | ) | Judge LaShonda A. Hunt |

## Notice of Motion

Heidi Brown-Polk  
932 E. 46th St.  
Chicago, IL 60653

Debtor Attorney: Jordan TraVaille Hoffman PC  
via Clerk's ECF noticing procedures

On December 16, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 719  
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, December 4, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On January 27, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on June 17, 2019, for a term of 60 months with payments of $1,112.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 11 | $10,930.42 | $6,508.28 | $4,422.14 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 12/03/2019  
Due Each Month: $1,112.00  
Next Pymt Due: 12/26/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 03/04/2019 | 5666079000 | $1,000.00 | 03/29/2019 | 5737304000 | $1,086.14 |
| 05/27/2019 | 5888444000 | $1,086.14 | 07/09/2019 | 6003086000 | $1,112.00 |
| 08/26/2019 | 6118380000 | $1,112.00 | 10/04/2019 | 6229928000 | $1,112.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE