Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 19−02277
Chapter: 13
Judge: LaShonda A. Hunt

In Re:
　Heidi Brown−Polk
　932 E. 46th St.
　Chicago, IL 60653

Social Security / Individual Taxpayer ID No.:
　xxx−xx−2148

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on December 16, 2019

　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: December 17, 2019　　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court